

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In re Johnifer Ray Mumphrey

No. 06-23-00042-CR

Original Mandamus Proceeding

Memorandum Opinion delivered by Justice Rambin, Chief Justice Stevens and Justice van Cleef participating.

As stated in the Court's opinion of this date, we find that Relator is not entitled to the relief sought. Therefore, we deny the petition.

RENDERED MARCH 7, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk